**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
Frederick J. Klorczyk III (State Bar. No. 320783)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ndeckant@bursor.com
         fklorczyk@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH JORDAN, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WP COMPANY LLC, d/b/a/ THE WASHINGTON POST.<br><br>Defendant. | Case No. 3:20-cv-05218-WHO<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR CASE MANAGEMENT DEADLINES AND TO SET A BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>First Amended Complaint filed: Oct. 5, 2020<br>Motion to Dismiss filed:      Oct. 19, 2020<br>Current CMC date:              Nov. 10, 2020<br>New CMC date:                  Dec. 2, 2020 |

Pursuant to Civil Local Rules 6-1(b) and 6-2, named Plaintiff Deborah Jordan ("Jordan" or "Plaintiff") and Defendant WP Company LLC, d/b/a The Washington Post ("WP" or "Defendant") (collectively the "Parties"), by and through their respective counsel, hereby stipulate and respectfully move the court for approval of same, as follows:

WHEREAS, Plaintiff filed a Complaint in the above-entitled action on July 29, 2020, and served the Complaint on Defendant on July 31, 2020;

WHEREAS, on August 13, 2020, the Parties filed a Stipulation and Proposed Order to Extend Time for Defendant to Respond to the Complaint and Case Management Deadlines ("Stipulation and Proposed Order");

1     WHEREAS, on August 14, 2020, Magistrate Judge Donna M. Ryu granted the Parties'
2 Stipulation and Proposed Order (dkt. 12), ordering Defendant to respond to the Complaint by
3 September 21, 2020, scheduling the initial Case Management Conference for December 2, 2020,
4 setting the Joint Case Management Conference Statement deadline for November 25, 2020, and
5 continuing all corresponding case management and discovery deadlines accordingly;

6     WHEREAS, the case was reassigned to the Honorable William H. Orrick on August 26, 2020;

7     WHEREAS, the Court issued a Case Management Conference Order (dkt. 16) on August 27,
8 2020, setting a Case Management Conference for November 10, 2020;

9     WHEREAS, Defendant filed a Motion to Dismiss the Complaint on September 21, 2020;

10     WHEREAS, Plaintiff filed the First Amended Complaint on October 5, 2020;

11     WHEREAS, Defendant filed a Motion to Dismiss the First Amended Complaint on October
12 19, 2020;

13     WHEREAS, Plaintiff's deadline to respond to Defendant's Motion to Dismiss is on
14 November 2, 2020, and Defendant's deadline to file its reply is on November 9, 2020;

15     WHEREAS, Defendant noticed a hearing for December 2, 2020 on its Motion to Dismiss the
16 First Amended Complaint;

17     WHEREAS, the deadline for the Parties to meet and confer regarding initial disclosures, early
18 settlement, ADR process selection, and a discovery plan set by Magistrate Judge Donna M. Ryu's
19 Order granting the Parties' Stipulation and Proposed Order is November 13, 2020, the deadline, if
20 calculated from the November 10, 2020 Case Management Conference set by the Court's Case
21 Management Conference Order, would be October 20, 2020;

22     WHEREAS, the deadline for the Parties to prepare and file a Rule 26(f) Report, complete
23 initial disclosures under Rule 26(a), or state objections in a Rule 26(f) Report, and file a Case
24 Management Statement set by Magistrate Judge Donna M. Ryu's Order granting the Parties'
25 Stipulation and Proposed Order is November 25, 2020, the deadline, if calculated from the November
26 10, 2020 Case Management Conference set by the Court's Case Management Conference Order,
27 would be November 3, 2020;

28

WHEREAS, given that Magistrate Judge Donna M. Ryu granted the Parties' Stipulation and Proposed Order and then Plaintiff subsequently filed the First Amended Complaint, the Parties respectfully request an extension of the date of the Case Management Conference and the corresponding case management, disclosure, and discovery deadlines.  A short extension of approximately twenty-three (23) days will promote efficiency by allowing the Parties to more completely investigate and evaluate the claims at issue and defenses raised and to prepare more accurate disclosures and joint discovery plans.  This extension would also set the dates and deadlines to those dates previously ordered by Magistrate Judge Donna M. Ryu;

WHEREAS, the Parties additionally seek to set a briefing schedule on Defendant's Motion to Dismiss the First Amended Complaint.  This case presents novel legal and factual issues, such that the Parties request additional time beyond that provided in the Local Rules to adequately complete their research and briefing;

WHEREAS, the Parties do not seek the requested extension for the purpose of delay or harassment;

WHEREAS, the stipulations above will not alter the date of any other event or deadline, and no other prior time modifications have been requested in this action.

WHEREFORE, subject to the approval by the Court, the Parties respectfully request that the Court enter an order:

(a) continuing and rescheduling the current deadlines in the Case Management Conference Order accordingly, at the Court's discretion, as follows:

(i) The Parties shall have through November 13, 2020 to meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan;

(ii) The Parties shall have through November 25, 2020 to file a Rule 26(f) Report, complete initial disclosures under Rule 26(a), or state objections in a Rule 26(f) Report, and file a Case Management Statement per the Court's standing order regarding the contents of the joint case management statement;

      (iii)  The Initial Case Management Conference is continued until December 2, 2020, unless an alternate date would be more convenient for the Court;

    (b)    setting a briefing schedule on Defendant's Motion to Dismiss, at the Court's discretion, as follows:

      (i) Plaintiff's opposition brief is due to be filed on or before November 23, 2020;

      (ii) Defendant's reply is due to be filed on or before December 14, 2020; and

      (iii) The hearing shall be rescheduled for January 13, 2021.

Respectfully submitted,

Dated: October 20, 2020    **BURSOR & FISHER, P.A.**

By: */s/ Neal J. Deckant*
    Frederick J. Klorczyk III (SBN 320783)
    Neal J. Deckant (SBN 322946)
    Attorneys for Plaintiff

*Attorneys for Plaintiff*

Dated: October 20, 2020    **ZWILLGEN LAW LLP**

By*: /s/ Alexei Klestoff*
    Alexei Klestoff (SBN 224016)
    alexei@zwillgen.com
    Jacob Sommer (*pro hac vice*)
    jake@zwillgen.com
    Zachary Lerner (*pro hac vice*)
    zach@zwillgen.com

*Attorneys for Defendant*

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest and certify that concurrence in the filing of this document has been obtained from the other Signatories hereto.

Dated: October 20, 2020                    By: */s/ Neal J. Deckant*

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. The initial Case Management Conference will be held on: January 13, 2021.
2. The parties shall file their Joint Case Management Conference Statement on or before: January 6.
3. All corresponding case management, disclosure, and discovery deadlines are continued accordingly.
4. Discovery is stayed until the parties' meet and confer deadline.
5. Plaintiff's deadline to respond to WP's Motion to Dismiss the First Amended Complaint in this action is extended up to and including November 23, 2020.
6. Defendant WP's deadline to reply to Plaintiff's opposition is extended up to and including December 14, 2020.
7. The hearing on Defendat WP's Motion to Dismis the First Amended Complaint will be held on January 13, 2021.

DATED: October 23, 2020

_____
Hon. William Orrick
UNITED STATES DISTRICT JUDGE