**BURSOR & FISHER, P.A.**
Frederick J. Klorczyk III (State Bar No. 320783)
888 Seventh Avenue
New York, NY  10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: fklorczyk@bursor.com

**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
Julia K. Venditti (State Bar No. 332688)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ndeckant@bursor.com
         jvenditti@bursor.com

*Class Counsel*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH JORDAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WP COMPANY LLC, d/b/a THE WASHINGTON POST,<br><br>Defendant. | Case No. 3:20-cv-05218-WHO<br><br>**DECLARATION OF DEBORAH JORDAN IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES, COSTS, EXPENSES, AND AN INCENTIVE AWARD**<br><br>Date:  November 17, 2021<br>Time:  2:00 p.m.<br>Courtroom:  2, 17th Floor<br>Judge:  Hon. William H. Orrick |

I, Deborah Jordan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an adult over the age of 18 and a citizen of the State of California. I am a Class Representative in the lawsuit entitled *Jordan v. WP Company LLC*, Case No. 3:20-cv-05218-WHO, currently pending in the United States District Court for the Northern District of California. I make this Declaration in support of (i) the Motion for Final Approval of Class Action Settlement, and (ii) the Motion for Attorneys' Fees, Reimbursement of Costs and Expenses, and An Incentive Award to the Class Representative. The statements made in this Declaration are based on my personal knowledge and, if called as a witness, I could and would testify thereto.

2. In or around 2018, I signed up for a monthly digital WaPo Subscription from Defendant's website while in California. Subsequently, on or around June 29, 2018, Defendant automatically converted my free trial into a paid subscription and began charging monthly fees to my Payment Method at the rate of $10.00 per month. Between June 29, 2018, and January 9, 2019, Defendant charged monthly subscription and/or renewal fees to my Payment Method on eight occasions, charging a total of $80.00 in unauthorized fees to my Payment Method, which I paid when the associated funds were automatically withdrawn from my account.

3. I assisted with the litigation of this case by detailing my WaPo Subscription account history and the associated subscription and/or renewal fees that I had been charged. Specifically, I described to my lawyers my relationship as a subscriber with Defendant, the nature of the charges Defendant posted to my Payment Method, my experience with Defendant's sign-up process and the associated disclosures, and a history of the charges I paid. I also provided my lawyers with documentation as to these items.

4. I worked with my attorneys to prepare the Class Action Complaint. I carefully reviewed the Class Action Complaint for accuracy and approved it before it was filed.

5. During the course of this litigation, I kept in regular contact with my lawyers. Specifically, I conferred with them regularly by phone and e-mail to discuss the status of the case. We also discussed case strategy, anticipated motions, forthcoming discovery issues, mediation, and the prospects of settlement. Furthermore, when appropriate, I informed my lawyers of additional facts for their research and consideration.

6.  I also coordinated with my lawyers to search for documents that Defendant was likely to request in written discovery, including but not limited to copies of the acknowledgment email I received from Defendant upon enrolling in my WaPo Subscription, the email I sent Defendant requesting cancellation, and billing records reflecting the dates on which I was charged renewal fees in connection with my WaPo Subscription and the amounts of those charges.  I was also prepared to testify at deposition and trial, if necessary.

7.  My lawyers have kept me well informed regarding their efforts to resolve this matter.  I was fully informed and involved regarding the parties' mediation and settlement efforts.  I carefully reviewed the Settlement Agreement and discussed the material terms with my attorneys prior to signing.

8.  Based on the interactions and my relationship with my attorneys, I believe they have fairly and adequately represented me and the Settlement Class and will continue to do so.

9.  Throughout this litigation, I understood that, as a Class Representative, I have an obligation to protect the interests of other Settlement Class Members and not act just for my own personal benefit.  I do not have any conflicts with other Settlement Class Members.  I have done my best to protect the interests of other Settlement Class Members and will continue to fairly and adequately represent the Settlement Class to the best of my ability.

10.  I estimate that I spent approximately 30 hours working with my lawyers on this case.

I declare under penalty of perjury that the above and foregoing is true and accurate.  Executed this 1st day of September, 2021, at San Francisco, CA.



Deborah Jordan