Alexei Klestoff (SBN 224016)
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2340
Facsimile: (415) 636-5965
alexei@zwillgen.com

Jacob Sommer (*pro hac vice*)
Zachary Lerner (*pro hac vice*)
ZwillGen PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile: (202) 706-5298
jake@zwillgen.com
zach@zwillgen.com

Attorneys for Defendant
**WP COMPANY LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH JORDAN, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WP COMPANY LLC, d/b/a/ THE WASHINGTON POST,<br><br>Defendant. | Case No. 20-cv-05218-WHO<br><br>**DECLARATION OF ELIZABETH DIAZ**<br><br>Judge: Hon. William H. Orrick |

DECLARATION OF ELIZABETH DIAZ
CASE NO. 20-cv-05218-WHO

I, Elizabeth Diaz, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Vice President, Audience Development and Analytics, for The Washington Post ("WaPo"). I am over the age of eighteen and have personal knowledge of the facts set forth in this declaration. If called to testify, I could and would testify competently thereto.

2. WaPo has made and continues to make substantial efforts to identify and assist class members identified in section 2.2.e. of the Settlement Agreement who purchased a WaPo subscription through a third-party.

3. To identify class members, WaPo queried its internal records. It compiled information regarding relevant subscribers, whether they purchased a WaPo subscription directly through WaPo or through a third-party platform or service (*e.g.*, the Apple App Store, the Google Play Store, or Amazon). WaPo then provided all necessary information to JND, the Settlement Administrator.

4. It is my understanding that (i) beginning on March 7, 2022, JND provided an individualized notice to appropriate class members who, per the terms of the class action Settlement Agreement, were entitled to an Automatic Account Credit Code, (ii) JND sent the notice to class members who subscribed directly through WaPo and those class members who purchased a WaPo subscription through a third-party platform or service, (iii) that notice provided class members with their individual Automatic Account Credit Code along with instructions on how to redeem the Automatic Account Credit Code for a free WaPo Subscription, and (iv) the notice included a link to the WaPo-hosted and operated redemption website (https://subscribe.washingtonpost.com/gift/#/redeem?flow=ca).

5. WaPo has maintained internal records on the redemption of Automatic Account Credit Codes. As of July 28, 2022, 26,639 Automatic Account Credit Codes have been redeemed. Of those, 14,301 provided access to 8 weeks of a free WaPo Subscription (valued at $20), and 12,338 provided access to 4 weeks of a free WaPo Subscription (valued at $10).

6.   As of July 28, 2022, the average recovery for subscribers who redeemed an Automatic Account Credit Code is $15.37, and the median recovery for subscribers who redeemed an Automatic Account Credit Code is $20.00.

7.   On the redemption website, WaPo displayed a clear and conspicuous disclaimer (as shown immediately below) providing relevant information to subscribers who purchased a WaPo subscription through a third-party platform or service: "**Important information:** If you have an active third-party App Store subscription (for example, billed through Apple, Google, or Amazon), please pause that subscription or cancel it to avoid being charged during your free subscription period. Learn how."  If a subscriber clicked "Learn how" they navigated to an FAQ on how to cancel: https://helpcenter.washingtonpost.com/hc/en-us/articles/360000177571-How-to-cancel-your-digital-only-subscription.  WaPo does not control the billing processes for subscriptions purchased through a third-party platform or service.  Accordingly, WaPo included this prominent disclaimer in order to advise subscribers who purchased their WaPo subscription through a third-party platform or service on how to make use of the free subscription period associated with the Automatic Account Credit Code without being billed for their current subscription through the relevant third-party platform or service.

The Washington Post
Democracy Dies in Darkness                                   Help    Contact    Sign Out

### Redeem your free subscription period

You are signed in to this account: **zach@zwillgen.com**

Enter your account credit code to activate your free subscription or extend your existing subscription for free.

Enter your account credit code

[ Redeem subscription period ]

⚠ **Important information:** If you have an active third-party App Store subscription (for example, billed through Apple, Google, or Amazon), please pause that subscription or cancel it to avoid being charged during your free subscription period. Learn how

DECLARATION OF ELIZABETH DIAZ
CASE NO. 20-cv-05218-WHO

8. WaPo resurfaced this disclaimer on the screen presented to subscribers immediately after they successfully redeemed an Automatic Account Credit Code. Moreover, after a subscriber redeemed an Automatic Account Credit Code, WaPo sent the subscriber a confirmation email including the same disclaimer (as shown immediately below).

**The Washington Post**

**Thank you for redeeming an account credit code for your free subscription period.**

**Important information:** If you have an active third-party App Store subscription (for example, billed through Apple, Google, or Amazon), please pause that subscription or cancel it to avoid being charged during your free subscription period. For assistance, please contact casettlement@washpost.com.

9. In addition to the communications and measures identified above that WaPo implemented to assist subscribers who purchased a WaPo subscription through a third-party, WaPo has provided individualized assistance to the small group of third-party subscribers who sought support. WaPo's customer service team regularly monitors the casettlement@washpost.com email inbox in case any subscriber who purchased a WaPo subscription through a third-party platform or service needs further assistance. As of July 28, 2022, WaPo has received limited outreach or requests for assistance from subscribers who purchased a WaPo subscription through a third-party platform or service. In most of this outreach, the subscriber inquired about redeeming an Automatic Account Credit Code and the process for pausing or cancelling their third-party platform subscription. WaPo provided assistance to these subscribers, guiding them through the process with

4

instructions specific to the third-party platform through which they originally subscribed.

Executed this 1st day of August 2022 in Washington, D.C.

_____
Elizabeth Diaz

DECLARATION OF ELIZABETH DIAZ
CASE NO. 20-cv-05218-WHO

5