**BURSOR & FISHER, P.A.**
Frederick J. Klorczyk III (State Bar No. 320783)
888 Seventh Avenue
New York, NY  10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: fklorczyk@bursor.com

**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
Julia K. Venditti (State Bar No. 332688)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ndeckant@bursor.com
        jvenditti@bursor.com

*Class Counsel*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH JORDAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WP COMPANY LLC, d/b/a THE WASHINGTON POST,<br><br>Defendant. | Case No. 3:20-cv-05218-WHO<br><br>**SUPPLEMENTAL DECLARATION OF JENNIFER M. KEOUGH REGARDING DISTRIBUTION OF SETTLEMENT BENEFITS AND POST-DISTRIBUTION INTERIM ACCOUNTING**<br><br>Judge:  Hon. William H. Orrick |

I, JENNIFER M. KEOUGH, declare as follows:

1. I am the Chief Executive Officer and President of JND Legal Administration ("JND"). JND is a legal administration service provider with its headquarters in Seattle, Washington. JND has extensive experience with all aspects of legal administration and has administered settlements in hundreds of class action matters.

2. JND is serving as the Settlement Administrator[1] in the above-captioned litigation (the "Action"), pursuant to the Court's Order Granting Preliminary Approval of Class Action Settlement Agreement, Conditionally Certifying Settlement Class, Appointing Class Representative, Appointing Class Counsel, and Approving Notice Plan dated July 8, 2021 (the "Order").

3. This Supplemental Declaration is meant to supplement my previous declaration dated November 3, 2021 (the "Declaration"). The Declaration provided details regarding, among other things, the e-mail and mailed notices in this matter, claims received, and exclusions received. The Declaration is incorporated by reference herein and pertinent information in the Declaration is summarized in the Post-Distribution Interim Accounting, attached hereto as **Exhibit A**, which provides the information required by the Northern District of California's *Procedural Guidance for Class Action Settlements*. *See* https://www.cand.uscourts.gov/forms/procedural-guidance-for-class-action-settlements, at Post-Distribution Accounting, ¶ 1 (requiring specific information about the settlement distribution process be provided in an easy-to-read chart).

## CLAIMS RECEIVED

4. The Notices informed recipients that if the Settlement is approved, each Settlement Class Member is eligible to receive an Automatic Account Credit Code for free use of digital WaPo Subscriptions. Alternatively, Class Members could elect to file a valid and timely Claim Form in order to receive a *pro rata* cash payment. In order to be valid, Claim Forms must have been submitted online or postmarked by September 19, 2021.

---

[1] Capitalized terms used and otherwise not defined in this Declaration shall have the meanings given to such terms in the Settlement Agreement.

5. As of the date of this Supplemental Declaration, JND has received a total of 10,808 Claim Forms (10,658 Claim Forms submitted electronically and 150 Claim Forms submitted by mail, including four (4) untimely claims postmarked after the filing deadline).

6. At this time, assuming the Court approves the requested attorneys' fees and costs, administration costs, and incentive awards, JND estimates that each Annual Class Member claimant will receive an award of approximately $44.61, and each Four-Week Class Member claimant will receive an award of approximately $22.30.

## COURT APPROVAL OF DISTRIBUTION

7. On November 19, 2021, the Court entered the Order Granting Final Approval to Settlement and Judgment (the "Order"), approving the settlement but deferred ruling on Class Counsel's separate motion for an award of attorneys' fees, costs, and an incentive award. The Court directed the Parties "to consummate the Settlement Agreement in accordance with its terms and conditions, except with respect to award or payment of attorney fees and costs and the incentive award for the Class Representative."

8. After the Court entered the Order, the Parties and JND continued to confer and developed a plan with respect to consummation of the Settlement Agreement by distributing Automatic Account Credit Codes to qualifying Class Members by e-mail and deferring disbursement of cash payments to Class Members until after the Court rules on Plaintiff's renewed fee application. On February 18, 2022, the Court entered a text-only order approving the proposed settlement activation plan.

## ATTORNEYS' FEES AND EXPENSES AND INCENTIVE AWARD

9. JND understands that Plaintiff will request a total of $2,000,000 in attorneys' fees and costs, and $5,000 as an incentive award in her renewed fee motion.

## ADMINISTRATION EXPENSES

10. On November 19, 2021, the Court approved administration fees and costs in the amount of $113,102 and noted that if the costs of implementing the Settlement exceed that amount, Plaintiff's counsel shall submit a supplemental request seeking approval for an increased amount, supported by a declaration from JND attesting to the expenses incurred in administering the

Settlement.

11. As of the date of this Supplemental Declaration, JND has incurred $117,291.54 in fees and costs in connection with administering the Settlement. The increased costs resulted from the staggered approach for distributing benefits and the extended duration of the Settlement administration (with the nearly six (6) month delay in mailing checks to eligible cash claimants, JND has continued to incur fees and costs related to maintaining the Settlement Website and toll-free number, responding to class member inquiries, project management oversight, etc.), as well as the Automatic Account Credit Code reminder e-mail campaign detailed in paragraph 14 which was not originally contemplated. JND estimates its total costs through completion of the administration will amount to $184,949.54.

## **AUTOMATIC ACCOUNT CREDIT CODES DISTRIBUTION**

12. On March 7, 2022, JND commenced distribution of the Automatic Account Credit Codes ("Access Codes") to 307,502 Settlement Class Members who did not submit a claim for a cash payment and for whom JND had a valid e-mail address, pursuant to the settlement activation plan approved by the Court. The Access Codes informed recipients that the settlement had been approved and provided instructions for redeeming their account credit code on the Washington Post website in order to access their free digital subscription. A representative sample of the Access Codes are attached hereto as **Exhibit B**.

13. Of the Access Codes sent, a total of 112,450 Access Codes were sent to Annual Class Members (each Annual Access Code is valued at $20.00, for a total of $2,249,000). A total of 195,052 Access Codes were sent to Four-Week Class Members (each Four-Week Access Code is valued at $10.00, for a total of $1,950,520). The total value of the Access Codes is $4,199,520.

14. On May 20, 2021, at the Parties' direction, JND e-mailed a customized reminder (the "Access Code Reminder") to 286,737 Settlement Class Members with valid e-mail addresses who had not yet redeemed their Access Code. A representative sample of the Access Code Reminder is attached hereto as **Exhibit C**.

15. As of July 1, 2022, JND understands that 26,469 Access Codes distributed pursuant to the Settlement have been redeemed by Class Members, for a current (but not final) redemption rate of over 8%. This redemption rate is typical within the class action settlement context and exceeds the expected redemption rate given the circumstances. The current redemption rate indicates that the notice program has been a success and that the Settlement Class has found the Settlement to provide meaningful relief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2022, at Seattle, Washington.

_____
JENNIFER M. KEOUGH

# EXHIBIT A

# **Exhibit A - Post-Distribution Interim Accounting**

| | |
|---|---|
| Total Value of Settlement Fund (inclusive of Access Codes) | $6,599,520 |
| Total Number of Class Members (after analysis and consolidation) | 319,395 |
| Total Number of Class Members to Whom Notice Was Sent and Not Returned as Undeliverable | 309,358 |
| Total Number of Claim Forms Submitted | 10,808 |
| Number of Opt-Out Requests Received | 12 |
| Percentage of Class Members Opting Out of Settlements | .004% |
| Number of Objections Received | 0 |
| Percentage of Class Members Objecting to Settlements | 0.00% |
| Average Settlement Payment | TBD |
| Median Settlement Payment | TBD |
| Largest Amount Paid to a Class Member | TBD |
| Smallest Amount Paid to a Class Member | TBD |
| Methods of Notice | Mail and E-mail |
| Total Number of Mailed Notices to Class Members | 799 |
| • Number of Class Members with a Mailed Notice Not Returned as Undeliverable | 787 |
| • Total Undeliverable Mailed Notices | 12 |
| Total Number of Emailed Notices to Class Members | 314,265 |
| • Number of Class Members with Delivered Email Notices | 308,571 |
| • Number of Class Members with Undeliverable Email Notices | 5,694 |

| Methods of Payment to Class Members | Check, PayPal, or Access Code |
|---|---|
| • Total Number of Class Members Sent Access Codes | 307,502 |
| • Total Number of Class Members Sent Check | TBD |
| • Total Number of Class Members Sent PayPal | TBD |
| Number of Access Codes Redeemed | 26,469 |
| Value of PayPal Payments | TBD |
| Number of Checks Not Cashed | TBD |
| Value of Checks Not Cashed | TBD |
| Number of Checks Cashed | TBD |
| Value of Checks Cashed | TBD |
| Number of Outstanding Checks Returned as Undeliverable | TBD |
| Cy Pres Payment | TBD |
| Total Administration Costs | TBD |
| Class Representative Service Award | TBD |
| Approved Attorneys' Fees | TBD |
| Approved Attorneys' Expenses | TBD |
| Attorneys' Fees as a Percentage of Settlement Fund | TBD |
| Net Settlement Fund | TBD |
| Percentage of Net Settlement Fund Cashed | TBD |

# EXHIBIT B

**4-Week, All-Access (i.e., if Term = "4-Week" and Product Type = "All-Access")**

Subject line: Your Account Credit Code – CA Renewal Newspaper Class Action Settlement

As a result of the approved settlement in a class action lawsuit in the United States District Court for the Northern District of California against WP Company LLC ("Washington Post"), you are receiving this email with an Account Credit Code, which can be redeemed for 4 weeks of a free Washington Post All-Access Digital Subscription.

To redeem your free digital subscription, please visit https://subscribe.washingtonpost.com/gift/#/redeem?flow=ca, where you can log-in to an existing Washington Post account or create a new one, and enter the Account Credit Code provided below to activate your free subscription or extend your existing subscription for free. The Account Credit Code does not expire, has no cash or stored value, and is not replaceable. The code may only be used once. If you share your code with someone else and they redeem the code, you will not be able to use it.

Account Credit Code: [FILL IN ACCOUNT CREDIT CODE]

You can learn more about the class action settlement by visiting www.CANewspaperRenewalSettlement.com [canewspaperrenewalsettlement.com]. If you have any questions about the settlement, please contact the Settlement Administrator by email at info@CANewspaperRenewalSettlement.com, by phone at 1-888-691-3208, or by writing to: CA Newspaper Renewal Settlement, c/o JND Legal Administration, PO Box 11035, Seattle, WA 98111.

*Jordan v. WP Company LLC*, Case No. 3:20-cv-05218-WHO (N.D. Cal.)

**4-Week, Premium (i.e., if Term = "4-Week" and Product Type = "Premium")**

Subject line: Your Account Credit Code – CA Renewal Newspaper Class Action Settlement

As a result of the approved settlement in a class action lawsuit in the United States District Court for the Northern District of California against WP Company LLC ("Washington Post"), you are receiving this email with an Account Credit Code, which can be redeemed for 4 weeks of a free Washington Post Premium Digital Subscription.

To redeem your free digital subscription, please visit https://subscribe.washingtonpost.com/gift/#/redeem?flow=ca, where you can log-in to an existing Washington Post account or create a new one, and enter the Account Credit Code provided below to activate your free subscription or extend your existing subscription for free. The Account Credit Code does not expire, has no cash or stored value, and is not replaceable. The code may only be used once. If you share your code with someone else and they redeem the code, you will not be able to use it.

Account Credit Code: [FILL IN ACCOUNT CREDIT CODE]

You can learn more about the class action settlement by visiting www.CANewspaperRenewalSettlement.com [canewspaperrenewalsettlement.com]. If you have any questions about the settlement, please contact the Settlement Administrator by email at info@CANewspaperRenewalSettlement.com, by phone at 1-888-691-3208, or by writing to: CA Newspaper Renewal Settlement, c/o JND Legal Administration, PO Box 11035, Seattle, WA 98111.

*Jordan v. WP Company LLC*, Case No. 3:20-cv-05218-WHO (N.D. Cal.)

**Annual , All-Access (i.e., if Term = "Annual" and Product Type = "All-Access")**

Subject line: Your Account Credit Code – CA Renewal Newspaper Class Action Settlement

As a result of the approved settlement in a class action lawsuit in the United States District Court for the Northern District of California against WP Company LLC ("Washington Post"), you are receiving this email with an Account Credit Code, which can be redeemed for 8 weeks of a free Washington Post All-Access Digital Subscription.

To redeem your free digital subscription, please visit https://subscribe.washingtonpost.com/gift/#/redeem?flow=ca, where you can log-in to an existing Washington Post account or create a new one, and enter the Account Credit Code provided below to activate your free subscription or extend your existing subscription for free. The Account Credit Code does not expire, has no cash or stored value, and is not replaceable. The code may only be used once. If you share your code with someone else and they redeem the code, you will not be able to use it.

Account Credit Code: [FILL IN ACCOUNT CREDIT CODE]

You can learn more about the class action settlement by visiting www.CANewspaperRenewalSettlement.com [canewspaperrenewalsettlement.com]. If you have any questions about the settlement, please contact the Settlement Administrator by email at info@CANewspaperRenewalSettlement.com, by phone at 1-888-691-3208, or by writing to: CA Newspaper Renewal Settlement, c/o JND Legal Administration, PO Box 11035, Seattle, WA 98111.

*Jordan v. WP Company LLC*, Case No. 3:20-cv-05218-WHO (N.D. Cal.)

**Annual, Premium (i.e., if Term = "Annual" and Product Type = "Premium")**

Subject line: Your Account Credit Code – CA Renewal Newspaper Class Action Settlement

As a result of the approved settlement in a class action lawsuit in the United States District Court for the Northern District of California against WP Company LLC ("Washington Post"), you are receiving this email with an Account Credit Code, which can be redeemed for 8 weeks of a free Washington Post Premium Digital Subscription.

To redeem your free digital subscription, please visit https://subscribe.washingtonpost.com/gift/#/redeem?flow=ca, where you can log-in to an existing Washington Post account or create a new one, and enter the Account Credit Code provided below to activate your free subscription or extend your existing subscription for free. The Account Credit Code does not expire, has no cash or stored value, and is not replaceable. The code may only be used once. If you share your code with someone else and they redeem the code, you will not be able to use it.

Account Credit Code: [FILL IN ACCOUNT CREDIT CODE]

You can learn more about the class action settlement by visiting www.CANewspaperRenewalSettlement.com [canewspaperrenewalsettlement.com]. If you have any questions about the settlement, please contact the Settlement Administrator by email at info@CANewspaperRenewalSettlement.com, by phone at 1-888-691-3208, or by writing to: CA Newspaper Renewal Settlement, c/o JND Legal Administration, PO Box 11035, Seattle, WA 98111.

*Jordan v. WP Company LLC*, Case No. 3:20-cv-05218-WHO (N.D. Cal.)

# EXHIBIT C

*Subject Line:* Reminder: Your Account Credit Code – CA Renewal Newspaper Class Action Settlement

This is a reminder that you have not yet redeemed your Account Credit Code for a free digital subscription to The Washington Post.

In case you missed our first email, as part of a recently approved settlement in a class action lawsuit against the Washington Post, you are eligible to receive an account credit that can be redeemed for 4 weeks of a Washington Post Digital Subscription.

To redeem your credit you must visit https://subscribe.washingtonpost.com/gift/#/redeem?flow=ca. There you can log-in to an existing Washington Post account or create a new one, and enter the Account Credit Code provided below to activate your free subscription or extend your existing subscription for free. The Account Credit Code does not expire, has no cash or stored value, and is not replaceable. The code may only be used once. If you share your code with someone else and they redeem the code, you will not be able to use it.

Account Credit Code: [FILL IN ACCOUNT CREDIT CODE]

You can learn more about the class action settlement by visiting http://www.canewspaperrenewalsettlement.com.  If you have any questions about the settlement, please contact the Settlement Administrator by email at info@CANewspaperRenewalSettlement.com, by phone at 1-888-691-3208, or by writing to: CA Newspaper Renewal Settlement, c/o JND Legal Administration, PO Box 11035, Seattle, WA 98111.

*Jordan v. WP Company LLC*, Case No. 3:20-cv-05218-WHO (N.D. Cal.)

*Subject Line:* Reminder: Your Account Credit Code – CA Renewal Newspaper Class Action Settlement

This is a reminder that you have not yet redeemed your Account Credit Code for a free digital subscription to The Washington Post.

In case you missed our first email, as part of a recently approved settlement in a class action lawsuit against the Washington Post, you are eligible to receive an account credit that can be redeemed for 8 weeks of a Washington Post Digital Subscription.

To redeem your credit you must visit https://subscribe.washingtonpost.com/gift/#/redeem?flow=ca. There you can log-in to an existing Washington Post account or create a new one, and enter the Account Credit Code provided below to activate your free subscription or extend your existing subscription for free. The Account Credit Code does not expire, has no cash or stored value, and is not replaceable. The code may only be used once. If you share your code with someone else and they redeem the code, you will not be able to use it.

Account Credit Code: [FILL IN ACCOUNT CREDIT CODE]

You can learn more about the class action settlement by visiting http://www.canewspaperrenewalsettlement.com.  If you have any questions about the settlement, please contact the Settlement Administrator by email at info@CANewspaperRenewalSettlement.com, by phone at 1-888-691-3208, or by writing to: CA Newspaper Renewal Settlement, c/o JND Legal Administration, PO Box 11035, Seattle, WA 98111.

*Jordan v. WP Company LLC*, Case No. 3:20-cv-05218-WHO (N.D. Cal.)